No. 445. BONWIT TELLER, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur B. Hyman* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 449. MERGER MINES CORP. ET AL. *v.* GRISMER ET AL. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. R. W. Nuzum* for petitioners.

No. 455. LEISHMAN *v.* ASSOCIATED WHOLESALE ELECTRIC Co. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Flam* for petitioner. *Messrs. Marston Allen* and *Leonard S. Lyon* for respondent.

No. 458. NATIONAL SECURITIES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. Cecil Kilpatrick* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent. *Mr. Irving M. Engel* filed a brief, as *amicus curiae,* in support of the petition.

No. 461. SALOMON *v.* CITY OF NEW YORK. December 6, 1943. Petition for writ of certiorari to the Circuit